NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ROBERT NATHAN,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

_____

2025-1260

_____

Petition for review of the Merit Systems Protection Board in No. PH-0432-20-0238-I-1.

_____

## O R D E R

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                                    NATHAN V. MSPB


ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.



FOR THE COURT


March 20, 2025
Date

Jarrett B. Perlow
Clerk of Court